DWAYNE THOMAS #66440-054
P.O. BOX, 2000
WHITE DEER, PA. 17887


HONORABLE JUDGE WILLIAM PAULEY            Case No. 17-cv-781
SOUTHERN DISTRICT OF NY.
500 PEARL ST.
NEW YORK, NY. 10007

RE: REMOVAL OF COUNSEL                    Date: 10-11-18


Dear Judge Pauley,

       I am the Defendant in the legal action of <u>Thomas vs. United States</u>. I was assigned the legal counsel of Benjamine Gruenstin of the Cravath, Suaine, Moore, firm. I am dissatisfied with the services of my attorney. I respectfully request that this attorney is removed from my case. I can not afford to hire an attorney, thus I am asking the court to appoint me new counsel.


Respectfully Submitted,

_____
DWAYNE THOMAS 66440-054

2018 OCT 23 AM 10:43
SDNY DOCKET UNIT
RECEIVED



INMATE NAME/NUMBER: DWAYNE THOMAS #66440-054
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD MEDIUM
P.O. BOX 2000
WHITE DEER, PA 17887

◇ 66440-054
Clerk Of Court
500 Pearl ST
NEW YORK, NY 10007
United States

Pro Se