UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------
:
DWAYNE THOMAS, :
: 17cv781
Petitioner, : 12cr174
:
-against- : ORDER
:
UNITED STATES OF AMERICA, :
:
Respondent. :
:
--------------------------------------------- :

WILLIAM H. PAULEY III, Senior United States District Judge:

        Petitioner Dwayne Thomas, an incarcerated inmate, moves for an extension of time to file a notice of appeal of this Court's January 19, 2021 Memorandum & Order denying his 28 U.S.C. § 2255 habeas petition. (ECF No. 31.)

        Pursuant to Federal Rule of Appellate Procedure 4(a)(1)(B), Thomas was required to file a notice of appeal within sixty days of this Court's Memorandum & Order. However, Federal Rule of Appellate Procedure 4(a)(5) provides that "[t]he district court may extend the time to file a notice of appeal if: (i) a party so moves no later than 30 days after the time prescribed by [Rule 4(a)(1)] expires; and (ii) . . . [the] party shows excusable neglect or good cause."

        This Court docketed the Memorandum & Order on January 19, 2021 and Thomas moved for an extension on April 6, 2021—17 days after a notice of appeal would be considered timely under Rule 4(a)(1)(A). Thus, Thomas satisfies Rule 4(a)(5)(A)(i). For good cause under Rule 4(a)(5)(ii), Thomas cites that he "was not provided with a copy of [this Court's] decision" and that he first learned of it on March 24, 2021. (ECF No. 32.) It appears that Thomas's

1

counsel retired from the practice of law and therefore Thomas did not receive notice.  This Court finds that Thomas's delayed receipt of the January 29, 2021 Memorandum & Order constitutes good cause under Rule 4(a)(5)(A)(ii).

For the foregoing reasons, Thomas's motion for an extension of time to file a notice of appeal is granted.  Pursuant to Federal Rule of Appellate Procedure 4(a)(5), Thomas must file any notice of appeal by April 23, 2021.  Chambers staff will mail a copy of this Order to Thomas.

Dated: April 9, 2021
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.